UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATIA C. RIDGES,                     )
        Plaintiff,            )
v.                                   )     **JUDGMENT**
                              )     No. 5:18-CV-418-FL
DIAMOND TRUCK SALES                  )
        Defendant.            )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 29, 2019, and for the reasons set forth more specifically therein, this case is dismissed for failure to respond to the court's order.

**This Judgment Filed and Entered on January 29, 2019, and Copies To:**
Natia C. Ridges (via US mail) 1776 Heritage Center Dr. Suite 204, Wake Forest, NC 27587

January 29, 2019                PETER A. MOORE, JR. CLERK
                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk